UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIONTE S. NOBLE,

Plaintiff,

-against-

ADIDAS, et al.,

Defendants.

26-CV-5706 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but the information is incomplete. He failed to respond to all questions, including those about his last date of employment and gross monthly wages. Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached Amended IFP application. If Plaintiff submits the Amended IFP application, it should be labeled with docket number 26-CV-5706 (LTS).[1]

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

---

[1] IFP applications filed with the court are publicly available on the internet and therefore should not include financial account numbers. *See* Fed. R. Civ. P. 5.2.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: July 9, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge